UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 63908
   ANTONI F JANIK
   DAWN E JANIK                           CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-3976      SSN XXX-XX-7879
```

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 12/13/05 and confirmed on 03/23/06.

   2.   The case was converted to Chapter 7 after confirmation, 08/27/2007.

   3.   The Debtor paid a total of $   5408.10 .

   4.   The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STANDARD BANK & TRUST CO | CURRENT MORTG | .00 | .00 | .00 |
| STANDARD BANK & TRUST CO | MORTGAGE ARRE | 3257.19 | .00 | 708.22 |
| US BANK | SECURED | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | 517.84 | .00 | 259.55 |
| STATE FARM BANK | SECURED | .00 | .00 | .00 |
| ONYX ACCEPTANCE | SECURED | .00 | .00 | 326.22 |
| BLUE GREEN CORP | UNSECURED | 16284.32 | .00 | 655.24 |
| SILVERLEAF RESORT INC | UNSECURED | 3912.87 | .00 | 142.66 |
| CAPITAL ONE BANK | UNSECURED | 1932.90 | .00 | 70.46 |
| CAPITAL ONE BANK | UNSECURED | 1296.71 | .00 | 47.28 |
| CAPITAL ONE BANK | UNSECURED | 570.40 | .00 | 16.83 |
| CAPITAL ONE BANK | UNSECURED | 1381.38 | .00 | 50.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 861.85 | .00 | 34.70 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5845.81 | .00 | 235.22 |
| CITIZENS BANK | SECURED | .00 | .00 | .00 |

```
          Summary of disbursements:
```
-------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3775.03 | .00 | 32086.24 | .00 | 35861.27 |
| PRINCIPAL PAID | 1293.99 | .00 | 1252.75 | .00 | 2546.74 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1293.99 | .00 | 1252.75 | .00 | 2546.74 |

The Debtor's attorney, JOHN C DENT                  , was allowed $   3000.00
and was paid $    350.00  direct and $   2650.00  through the plan.

The Trustee received $    211.36 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 11/16/07                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 05 B 63908 ANTONI F JANIK & DAWN E JANIK